UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

MARCIA LEE S.,                           ) No. CV 17-2201 FFM
                                         )
                      Plaintiff,         ) JUDGMENT OF REMAND
                                         )
          v.                             )
                                         )
NANCY A. BERRYHILL, Acting               )
Commissioner of Social Security,         )
                                         )
                      Defendant.         )
_____)

The Court having entered an Order pursuant to Sentence 4 of 42 U.S.C. § 405(g),

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the above-captioned action is remanded to the Commissioner of Social Security for further proceedings set forth in the Order filed concurrently herewith.


DATED: February 19, 2019

                                    ___/S/FREDERICK F. MUMM___
                                      FREDERICK F. MUMM
                                    United States Magistrate Judge